No. 72–1540. TAYLOR ET VIR *v.* JONES. Sup. Ct. Ala. Motions to dispense with printing petition and respondent's briefs granted. Certiorari denied.

No. 72–1621. PELUSO, ADMINISTRATOR, ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. MR. JUSTICE DOUGLAS, MR. JUSTICE BRENNAN, and MR. JUSTICE BLACKMUN would grant certiorari.

No. 72–1622. ANDERSON ET AL. *v.* SALT LAKE CITY CORP. ET AL. C. A. 10th Cir. Certiorari denied. MR. JUSTICE DOUGLAS, MR. JUSTICE BRENNAN, and MR. JUSTICE MARSHALL would grant certiorari.

No. 72–1631. SOCIALIST WORKERS PARTY *v.* KLASSEN, POSTMASTER GENERAL, ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE DOUGLAS, MR. JUSTICE BRENNAN, and MR. JUSTICE WHITE would grant certiorari.

No. 72–1679. HACKETT, DIRECTOR, DEPARTMENT OF EMPLOYMENT SECURITY OF RHODE ISLAND, ET AL. *v.* GRINNELL CORP. C. A. 1st Cir. Certiorari denied. MR. JUSTICE BLACKMUN would grant certiorari.

No. 73–1. FLORIDA *v.* ANDERSEN. Sup. Ct. Fla. Certiorari denied. MR. JUSTICE BLACKMUN would grant certiorari.

No. 72–1688. IN RE TIME SALES FINANCE CORP. (BLANK, ROME, KLAUS & COMISKY, REAL PARTY IN INTEREST). C. A. 3d Cir. Motion to defer consideration and certiorari denied.